IN THE COMMONWEALTH COURT OF PENNSYLVANIA

School Express, Inc.,             :
           Appellant         :
                           :  No.  711 C.D. 2021
      v.                     :
                           :
Upper Adams School District    :

## *ORDER*

AND NOW, this 3rd day of October, 2023, it is ORDERED that the above-captioned opinion filed on January 9, 2023, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge